| | | | | |
|---|---|---|---|---|
| Hopkins v. State . . . . . . . . . . . . . . | 02A03–1607–CR–1588 | 12/29/2016 | BAKER, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Rollingcloud v. State . . . . . . . . . . . | 02A03–1604–CR–993 | 12/29/2016 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Carlisle v. State . . . . . . . . . . . . . . . | 29A02–1603–CR–590 | 12/29/2016 | NAJAM, J<br><br><br><br><br><br>BAILEY, J.<br>MAY, J. | Affirmed in part, Reversed in part, and Remanded with instructions<br>Concurs<br>Concurs |
| Lewis v. Lewis . . . . . . . . . . . . . . . . | 66A04–1607–DR–1540 | 12/29/2016 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Parks v. State . . . . . . . . . . . . . . . . . | 48A05–1604–CR–821 | 12/29/2016 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Angie's List, Inc. v. Myers . . . . . . . | 29A02–1605–PL–1061 | 12/29/2016 | BAKER, J.<br><br><br><br><br><br><br><br><br><br><br><br><br>MATHIAS, J.<br>PYLE, J. | Affirmed in part, Reversed in part, and Remanded with instructions to enter a preliminary injunction against the defendants to act in accord with their covenants<br>Concurs<br>Concurs |
| Pettis v. State . . . . . . . . . . . . . . . . . | 20A03–1603–CR–487 | 12/29/2016 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Conn v. State . . . . . . . . . . . . . . . . . | 46A03–1604–CR–1007 | 12/29/2016 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |